

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00716-CR

**EX PARTE** George **TROTTI**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7385-W2
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order denying George Trotti habeas relief is AFFIRMED.

SIGNED November 22, 2023.

Beth Watkins, Justice